IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BROCKETT,

    Petitioner,                    No. CIV S-06-0659 GEB PAN P

    vs.

SANTA CLARA COUNTY SHERIFF,

    Respondent.                    <u>ORDER</u>

_____/

        Petitioner, an inmate at Santa Clara County Jail, has filed a document styled "letter," in which he claims that he has been detained without a hearing in the Santa Clara County Jail for 114 days pending parole revocation proceedings.[1] The court construes this document as an application for a writ of habeas corpus.

        Petitioner is incarcerated in Santa Clara County pending parole revocation proceedings in that county.[2] Santa Clara County is in an area embraced by the United States

---

[1] Petitioner's letter is addressed to a judge of this court who is presiding over proceedings in <u>Valdivia v. Schwarzenegger</u>, No. CIV S-94-0671 LKK GGH P. In the letter, petitioner contends, <u>inter alia</u>, that he should be part of the <u>Valdivia</u> class. Appended to petitioner's letter The class in <u>Valdivia</u> is represented by counsel and petitioner's pro se assertionis claim should be covered by the

[2] Petitioner's letter is addressed to a judge of this court who is presiding over proceedings in <u>Valdivia v. Schwarzenegger</u>, No. CIV S-94-0671 LKK GGH P. In the letter, petitioner

1

1  District Court for the Northern of California.  Pursuant to 28 U.S.C § 2241(d), jurisdiction over

2  this action lies, if at all, in that court.

3        Accordingly, IT IS HEREBY ORDERED that:

4      1. This matter is transferred to the United States District Court for the Northern

5  District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

6      2. The Clerk of the Court is directed to send a copy of petitioner's letter and a

7  copy of this order to Rosen, Bien & Asaro, Attorneys at Law, Eighth Floor, 155 Montgomery

8  Street, San Francisco, California 94104.

9  DATED: June 8, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
broc0659.108b

---

contends, inter alia, that he should be part of the Valdivia class. Appended to petitioner's letter is a letter from class counsel in Valdivia informing petitioner that the assertion he is making is "an ongoing dispute" in Valdivia and that it is "unlikely" petitioner will be able to obtain relief through Valdivia "at this time."  Valdivia counsel did represent that they would include the information petitioner had provided to them in a complaint to the Board of Parole Hearings, but it does not appear that petitioner has a claim cognizable under Valdivia at this time.

2